IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH M. CALDWELL,<br><br>                              Petitioner,<br><br>v.<br><br>WILLIAM KNIPP, Warden,<br><br>                              Respondent. | Case No. C 13-2802 PJH (PR)<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on July 30, 2013, will be extended to January 28, 2014. Petitioner's traverse, if any, shall be filed and served within 30 days of service of the answer.

Dated: 1/10/14

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1